AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KEVIN HEIMSOTH | |
| | Case No.   3:13-CR-241-01 |
| | USM No.   71563-067 |
| | Ingrid S. Cronin, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General & Standard 2,6,7   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any use of a controlled substance. | 12/05/2016 |

The defendant is sentenced as provided in pages 2 through  **4**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4588

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Scranton, Pennsylvania

06/27/2017
Date of Imposition of Judgment

*/s/ James M. Munley*
Signature of Judge

James M. Munley, U.S.D.C.
Name and Title of Judge

6/27/17
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page 2 of 4

DEFENDANT: KEVIN HEIMSOTH
CASE NUMBER: 3:13-CR-241-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 12/05/2016 |
| Standard Condition #2 | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. | 02/06/2017 |
| Standard Condition #6 | The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 01/24/2017 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: KEVIN HEIMSOTH
CASE NUMBER: 3:13-CR-241-01

Judgment — Page 3 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

FOUR (4) MONTHS.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2A — Imprisonment

Judgment—Page 4 of 4

DEFENDANT: KEVIN HEIMSOTH
CASE NUMBER: 3:13-CR-241-01

## ADDITIONAL IMPRISONMENT TERMS

You have the right to appeal your sentence to the United States Court of Appeals. With few exceptions, any notice of appeal must be filed with fourteen (14) days of sentencing. If you are unable to pay the cost of an appeal, then you may apply for leave to appeal in forma puperis, and if approved, counsel will be appointed for you and you will not be required to pay any costs. If you so request, the Clerk of Court will prepare and file a Notice of Appeal on your behalf.